**SO ORDERED.**

**SIGNED this 14 day of November, 2020.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia

| | | |
|---|---|---|
| In re: Napoleon Moore | ) | Case No. 09-30428 |
| | ) | |
| *Debtor(s)* | ) | Chapter 13 |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On <u>November 6, 2020</u>, an application was filed for the Claimant(s), <u>Marquette Porter, Owner of Spring Solutions, LLC assignee to Napoleon Moore</u>, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ <u>1622.00</u> held in unclaimed funds be made payable to <u>Marquette Porter, Owner of Springs Solutions, LLC</u> and be disbursed to the payee at the following address: <u>P.O. Box 334, Glen Burnie, MD 21060</u>.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**End of Document**